**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Kevin A. ALLEN, Defendant–Appellant.**

No. 09–30975
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2010.

Duane A. Evans, Assistant U.S. Attorney, Helen Diane Copes, Esq., Assistant U.S. Attorney, Stephen Andrew Higginson, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Deborah Ann Pearce, Law Offices of Deborah Pearce, New Orleans, LA, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Kevin A. Allen has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Allen has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.